IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DEBORAH STEPHENS, </br></br> Plaintiff, </br></br> v. </br></br> WAL-MART STORES, INC., </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) CIVIL ACTION FILE </br> ) NO: 09C-15911-4 </br> ) </br> ) </br> ) |

## ANSWER OF DEFENDANT

COMES NOW, Defendant Wal-Mart Stores, Inc. (erroneously named and joined, the correct designation being Wal-Mart Stores East, LP) (hereinafter "Defendant"), and makes this Answer to Plaintiff's Complaint as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's alleged damages, if any, were directly and proximately caused by Plaintiff's own contributory negligence and failure to exercise ordinary care.

### THIRD DEFENSE

Plaintiff was not in the exercise of ordinary care for her own safety in the premises, and by the exercise of ordinary care could have avoided any injury to herself; and on account thereof, Plaintiff is not entitled to recover from Defendant.

## FOURTH DEFENSE

Defendant denies that it was negligent in any manner whatsoever or that any negligent act or omission on its part caused or contributed to any injury or damage alleged to have been sustained by Plaintiff.

## FIFTH DEFENSE

Any injury or damage sustained by Plaintiff was the result of an accident in the legal sense, and therefore Plaintiff is not entitled to recover from Defendant.

## SIXTH DEFENSE

Plaintiff assumed the risk of any hazard that was presented and is thereby barred from recovering against Defendant.

## SEVENTH DEFENSE

Plaintiff's complaint fails to name an indispensable party.

## EIGHTH DEFENSE

Plaintiff's claims are barred by the applicable doctrines of waiver and estoppel.

## NINTH DEFENSE

Plaintiff has failed to properly identify a party.

## TENTH DEFENSE

Plaintiff's claim for consequential damages is barred as a matter of law.

## ELEVENTH DEFENSE

Plaintiff has failed to itemize her special damages pursuant to O.C.G.A. § 9-11-9(g).

## TWELFTH DEFENSE

All or a portion of Plaintiff's claims are barred by the applicable statute of limitation and laches.

## THIRTEENTH DEFENSE

Plaintiff's claims are barred by insufficiency of service and insufficiency of process.

## FOURTEENTH DEFENSE

Plaintiff has failed to plead sufficient information and facts for the assessment of costs of litigation and/or prejudgment interest.

## FIFTEENTH DEFENSE

This Court lacks jurisdiction over the person and property of this Defendant, and, therefore, this case should be dismissed as to it.

## SIXTEENTH DEFENSE

Plaintiff has failed to plead sufficient information for a determination of future medical expenses and permanency of injuries.

## SEVENTEENTH DEFENSE

Defendant responds to the enumerated paragraphs of Plaintiff's Complaint as follows:

1.

Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2.

Defendant denies, as stated, the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.

Defendant denies, as stated, the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4.

Defendant denies the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5.

Defendant denies the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6.

Defendant denies Plaintiff's prayer for relief, including all subparts thereof.

7.

All other allegations, averments, counts or claims contained in the Complaint that Defendant has not specifically responded to herein, are, therefore, denied.

WHEREFORE, Defendant prays that Plaintiff's Complaint be dismissed with all costs cast upon the Plaintiff. DEFENDANT DEMANDS TRIAL BY A JURY OF TWELVE (12) PERSONS AS TO ALL ISSUES SO TRIABLE.

This __2__ day of October, 2009.

McLAIN & MERRITT, P.C.

_____
Albert J. DeCusati
Georgia Bar No. 215610
Attorney for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 266-9171

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **ANSWER OF DEFENDANT** has this day been served upon opposing counsel, by placing same in the United States Mail, postage prepaid, and addressed as follows:

Benjamin S. Eichholz, Esq.<br>
David S. Eichholz, Esq.<br>
The Eichholz Law Firm, P.C.<br>
530 Stephenson Avenue<br>
Suite 200<br>
Savannah, GA 31405

This ___2___ day of October, 2009.

McLAIN & MERRITT, P.C.

_____
Albert J. DeCusati
Georgia Bar No. 215610
Attorney for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA 30326
(404) 266-9171