IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



| | | |
|---|---|---|
| DEBORAH STEPHENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO: |
| WAL-MART STORES, INC., | ) | |
| | ) | 1 09-CV-2773 |
| Defendant. | | |

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT - 6 2009

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

RWS

## CERTIFICATE REGARDING DISCOVERY

Pursuant to Uniform Superior Court Rule 5.2, as amended, the undersigned hereby certifies that the following discovery has been served upon all persons identified in the Certificate of Service attached hereto and incorporated herein by reference:

1. Defendant's First Interrogatories to Plaintiff;
2. Defendant's First Request for Production of Documents to Plaintiff;
3. Defendant's First Request for Admissions of Fact to Plaintiff;
4. Notice of Taking Deposition of Deborah Stephens.

This 2nd day of October, 2009.

McLAIN & MERRITT, P.C.

/s/ Albert J. DeCusati
Albert J. DeCusati
Georgia Bar No. 215610
Attorney for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta, GA 30326
(404) 266-9171

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **CERTIFICATE REGARDING DISCOVERY** has this day been served upon opposing counsel, by placing same in the United States Mail, postage prepaid, and addressed as follows:

> Benjamin S. Eichholz, Esq.
> David S. Eichholz, Esq.
> The Eichholz Law Firm, P.C.
> 530 Stephenson Avenue
> Suite 200
> Savannah, GA 31405

This 2nd day of October, 2009.

McLAIN & MERRITT, P.C.

/s/ Albert J. DeCusati
Albert J. DeCusati
Georgia Bar No. 215610
Attorney for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta, GA 30326
(404) 266-9171