IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBORAH STEPHENS,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION FILE<br>) NO: 1:09-cv-2773-RWS<br>)<br>)<br>) |

## L.R. 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, the undersigned hereby certifies that the following discovery has been served upon all persons identified in the Certificate of Service attached hereto and incorporated herein by reference - Defendant's Subpoenas and Requests for Production of Documents to the following Non-Parties:

> Alexander Osawa, M.D.; Gwinnett Hospital System Emergency Services; Carl Lynn, D.C.-The Lynn Clinic of Chiropractic; Gwinnett County Fire & Emergency Services; Physiotherapy Associates, 4700 Highway 20; Physiotherapy Associates, 3919 Carter Road; Academy Orthopedics, LLC, Buford; Academy Orthopedics, LLC, Cumming; The Hand & Upper Extremity Center of GA, P.C.; Buford Family Practice & Urgent Care; Wal-Mart Pharmacy; and Kroger Pharmacy.

This the ___15th___ day of October, 2009.

                                        McLAIN & MERRITT, P.C.

                                      /s/ Albert J. DeCusati
                                    Albert J. DeCusati
                                    Georgia Bar No. 215610
3445 Peachtree Road, NE         Attorney for Defendant
Suite 500
Atlanta GA  30326
(404) 266-9171

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **CERTIFICATE REGARDING DISCOVERY** has this day been served upon opposing counsel, by placing same in the United States Mail, postage prepaid, and addressed as follows:

> Benjamin S. Eichholz, Esq.
> David S. Eichholz, Esq.
> The Eichholz Law Firm, P.C.
> 530 Stephenson Avenue, Suite 200
> Savannah, GA 31405

This <u>15th</u> day of October, 2009.

> McLAIN & MERRITT, P.C.
>
> /s/ Albert J. DeCusati
> Albert J. DeCusati
> Georgia Bar No. 215610
> Attorney for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 266-9171