# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
CLERK OF COURT

404-215-1600

October 30, 2009

David S. Eichholz
The Eichholz Law Firm, P.C.
Suite 200
530 Stephenson Ave.
Savannah, GA 31405

Re:   Deborah Stephens v. Wal-Mart Stores, Inc.
      1:09-cv-2773-RWS
      Your client: Deborah Stephens

Dear Mr. Eichholz:

You are listed as counsel in the subject case.

Local Rule 83.1 requires attorneys who are members of the State Bar of Georgia and practice in this Court to be members of its bar, and our records indicate that you are not. An application for admission is provided to assist your compliance with LR 83.1 within the 10 days from the date of this letter. If you decide not to apply, file a (1) motion to withdraw and identify therein the attorney who will represent the party or (2) notice of substitution of counsel.

**This is the only notice you will receive**; at the expiration of the time limit the status of your admission will be brought to the attention of the assigned judge.

Direct all correspondence to Judith Motz, or if you have questions, call 404-215-1600.

Sincerely yours,

s/Judith Motz

Judith Motz for
James N. Hatten

JNH:jm
Enclosure