IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBORAH STEPHENS,            )<br>                              )<br>    Plaintiff,                )<br>                              )<br> v.                           )<br>                              )<br> WAL-MART STORES, INC.,       )<br>                              )<br>    Defendant.                ) | CIVIL ACTION FILE<br>NO: 1:09-CV-2773-RWS |

**<u>DEFENDANT'S PORTION OF<br>THE CERTIFICATE OF INTERESTED PERSONS</u>**

Prior to filing Defendant's Portion of the Joint Certificate of Interested Persons, counsel for Defendant tried to meet in person with opposing counsel for the Rule 26(f) conference and to exchange portions of the reports, but never heard back from opposing counsel concerning the conference or Plaintiff's portion of the reports. Defendant is filing its portion in an abundance of caution. Defense counsel understands that Plaintiff's counsel has not yet been admitted to practice in this Court.

(1) The undersigned Counsel of Record for the parties to this action certify

that the following is a full and complete list of all parties to this action:

<u>By Defendant:</u>

Plaintiff Deborah Stephens;

Defendant Wal-Mart Stores, Inc., an improperly named party, the correct

designation being Wal-Mart Stores East, L.P.

(2) The undersigned further certify that the following is a full and complete list of all other persons, associates of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, (affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

By Defendant:

Plaintiff Deborah Stephens

Benjamin S. Eichholz, Esq., attorney for Plaintiff

David S. Eichholz, Esq., attorney for Plaintiff

The Eichholz Law Firm, P.C.

Defendant Wal-Mart Stores, Inc., an improperly named party, the correct designation being Wal-Mart Stores East, L.P.

(3) The undersigned certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding.

<u>For Plaintiff</u>:

Benjamin S. Eichholz, Esq., attorney for Plaintiff

David S. Eichholz, Esq., attorney for Plaintiff

The Eichholz Law Firm, P.C.

<u>For Defendant</u>:

Albert J. DeCusati, Esq.

McLain & Merritt, P.C.

Submitted this  5th  day of  November, 2009.

| The Eichholz Law Firm, P.C. | McLain & Merritt, P.C. |
|---|---|
| /s/ | /s/ Albert J. DeCusati |
| (w/express permission) | Georgia Bar No. 215610 |
| Benjamin S. Eichholz, Esq. | Attorney for Defendant |
| Georgia Bar No. 242350 | 3445 Peachtree Road, N.E. |
| David S. Eichholz, Esq. | Suite 500 |
| Georgia Bar No. 502134 | Atlanta, Georgia 30326 |
| Attorneys for Plaintiff | (404) 365-4512 |
| 530 Stephenson Avenue | (404) 364-3138  (facsimile) |
| Suite 200 | |
| Savannah, Georgia 31405 | |
| (912) 232-2791 | |
| (912) 629-2560 (facsimile) | |

Pursuant to Local Rule 5.1, counsel for Defendant certifies that the document has been prepared in Times New Roman, 14 point font, and that the document does not contain more than 10 characters per inch of type.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **CERTIFICATE OF INTERESTED PERSONS** has this day been served upon opposing counsel, by placing same in the United States Mail, postage prepaid, and addressed as follows:

> Benjamin S. Eichholz, Esq.
> David S. Eichholz, Esq.
> The Eichholz Law Firm, P.C.
> 530 Stephenson Avenue
> Suite 200
> Savannah, Georgia 31405

This the 5th day of November, 2009.

McLAIN & MERRITT, P.C.

/s/ Albert J. DeCusati
Albert J. DeCusati
Georgia Bar Number 215610
Attorneys for Defendant
WAL-MART STORES, INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta, Georgia  30326
(404) 266-9171