# CURRICULUM VITAE OF WARNER WOOD, M.D.

Warner Wood, M.D.
5555 Peachtree Dunwoody Road NE
Atlanta, Georgia 30342

EDUCATION:  Episcopal High School, Alexandria, Virginia
U.S. Naval Air Corps, 1943 to 1945
While in Service -     University of Texas School of Engineering
                       Georgia Pre-flight School
Princeton University, B.A. degree
University of Virginia Medical School, M.D. degree, 1953
National Polio Foundation, Pre-doctoral Fellowship in Physical Medicine and Rehabilitation,
    Columbia Presbyterian Medical School and the Institute for Crippled and Disabled, New York, New York
St. Luke's Hospital, New York, New York, internship and general surgery residency
New York Orthopedic Hospital, New York, New York, three year orthopedic residency, completed in 1958

Private Practice, Atlanta, Georgia, 1958 to the present time

Instructor in Orthopedic Surgery, Grady Memorial Hospital and Emory University School of Medicine, 1958 through 1963

MEDICAL STAFF APPOINTMENTS:
Emory University Hospital, Henrietta Egleston, Grady Memorial Hospital, Crawford W. Long Hospital, Hughes Spalding Hospital, Piedmont Hospital, West Paces Ferry Hospital, Northside Hospital, and St. Joseph's Hospital.

CURRENT MEDICAL STAFF:  St. Joseph's Hospital.

CONSULTANT TO:
Division of Vocational Rehabilitation, the Social Security Administration, the Federal Bureau of Hearing and Appeals, the State Board of Workers Compensation. Consulting and treating orthopedist for workers compensation injuries for the City of Atlanta, Fulton County, DeKalb County, Cobb County, Gwinnett County, the State of Georgia and the Federal Government, and the State of Georgia Childrens' Service with a general orthopedic clinic in Dublin and a childrens' spine clinic in Macon for 35 years.

PRESENTATIONS:   Harrington instrumentation in the treatment of scoliosis
                 Osteotomy of the lumbar spine in the treatment of fixed spinal deformities from ankylosing spondylitis
                 Determination of Physical Impairment associated with injuries of the back

Board Certified in Orthopedic Surgery 1963

SOCIETIES DURING YEARS OF PRACTICE:
            Diplomate American Board of Orthopedic Surgery
            American Academy of Orthopedic Surgeons
            American College of Sports Medicine
            Southern Orthopedic Society
            Medical Association of Atlanta
            Medical Association of Georgia
            Atlanta Orthopedic Society
            Georgia Orthopedic Society
            Eastern Orthopedic Society
            Orthopedic Rehabilitation Society
            American Geriatric Society
            American Rheumatological Society
            Forensic Examiners Society
            Rehabilitation and Pain Management Society


EXHIBIT "A"